UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61520-CIV-ZLOCH
(01-6114-CR-ZLOCH)

TEON ADAMS,

       Movant,

vs.                           **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

       Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 10) filed herein by United States Magistrate Judge Patrick A. White and Movant Teon Adams's Objections To Report And Recommendation Of Magistrate Judge P.A. White (DE 11). The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Movant Teon Adams's Objections To Report And Recommendation Of Magistrate Judge P.A. White (DE 11) be and the same are hereby **OVERRULED**;

    2. The Report Of Magistrate Judge (DE 10) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

    3. Movant Teon Adams's Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence (DE 5) be and the same is hereby **DISMISSED**; and

4. To the extent not otherwise disposed of herein, all pending Motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of March, 2011.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Teon Adams, PRO SE
Reg. No. 55912-004
FCC-Coleman (Low)
Federal Correctional Complex
Inmate Mail/Parcels
P.O. Box 1031
Coleman, FL 33521